KILPATRICK TOWNSEND & STOCKTON LLP
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:     310-248-3830
Facsimile:      310-860-0363

Attorneys for Petitioner
The British Broadcasting Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO TAPATALK, INC. | Case No.: 2:18-mc-86<br><br>**DECLARATION OF DAVID K. CAPLAN IN SUPPORT OF THE BRITISH BROADCASTING CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. §512(h) TO IDENTIFY ALLEGED INFRINGER(S)** |



## **DECLARATION OF DAVID K. CAPLAN**

I, David K. Caplan, declare as follows:

1. I am a partner with the law firm of Kilpatrick Townsend & Stockton LLP, counsel of record for Petitioner The British Broadcasting Corporation (the "BBC"). I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of the BBC's request for issuance to Tapatalk Inc. ("Tapatalk"), owner and operator of the website <tapatalk-cdn.com>, of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512 (h) (the "Subpoena"), to identify one or more alleged infringers whom the BBC is informed and believes posted copyrighted video content from Season 11, Episode 1 of Dr. Who (the "Infringing Content") on systems operated by Tapatalk without the BBC's authorization.

3. On June 26, 2018, the BBC submitted a notification via email identifying the Infringing Content on Tapatalk's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the June 26, 2018 notification to Tapatalk.

4. The purpose for which the Subpoena to Tapatalk is sought is to obtain the identity of the alleged infringer (or infringers) and such information will only be used for the purpose of protecting the BBC's rights under title 17 U.S.C. §§ 100, *et seq*.

5. A true and correct copy of the BBC's proposed Subpoena to Tapatalk is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on June 29, 2018, at Beverly Hills, California.

_____
David K. Caplan

