# EXHIBIT 1

On Tue, Jun 26, 2018 at 5:28 AM, Marcin Przasnyski <marcin@przasnyski.com> wrote:

> 25 June 2018
>
> To: TAPATALK.COM
>
> This is a DMCA notice to take down the following infringing content from your infrastructure:
>
> https://uploads.tapatalk-cdn.com/files-2651/1529944186_IMG_1563.TRIM.mp4
>
> I, Marcin Przasnyski, of Anti-Piracy Protection am contacting you on behalf of The British Broadcasting Corporation www.bbc.com . Under penalty of perjury, I certify that I am authorized to act on behalf of The British Broadcasting Corporation, the owner of exclusive right in the television series Doctor Who.
>
> A search has detected that your server at the URL pointed above is providing access to video file that infringes The British Broadcasting Corporation's exclusive rights in the television series.  I have a good faith belief that the The British Broadcasting Corporation video content that is described above has not been authorized for use, posting, sharing or distribution by The British Broadcasting Corporation, its agent or the law.
>
> Therefore, I request that you act expeditiously to remove or disable access to the infringing content identified in this notice, and to notify your Client about our request to cease and

desist from any further infringement of The British Broadcasting Corporation properties.

I assert that the information in this notice is accurate to the best of my knowledge, information and belief.

With regards

Marcin Przasnyski

Anti Piracy Protection