KILPATRICK TOWNSEND & STOCKTON LLP
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:     310-248-3830
Facsimile:      310-860-0363

Attorneys for Petitioner
The British Broadcasting Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO TAPATALK, INC. | Case No.: 2:18-mc-86<br><br>**THE BRITISH BROADCASTING CORPORATION'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA PURSUANT TO 17 U.S.C. §512(h) TO IDENTIFY ALLEGED INFRINGERS** |

Petitioner The British Broadcasting Corporation (the "BBC"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena directed to Tapatalk, Inc. ("Tapatalk") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena").  A copy of the proposed Subpoena is attached hereto as Exhibit 2 to the Declaration of David K. Caplan ("Caplan Decl.").

The requested subpoena relates to infringing material that the BBC discovered on the website <tapatalk-cdn.com>, which the BBC is informed and believes is operated by Tapatalk. The infringing material includes, without limitation, an unauthorized copy of copyrighted video



content from Season 11, Episode 1 of Dr. Who owned by the BBC.

The BBC has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(1) The BBC has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Caplan Decl. ¶ 3, Ex. 1.

(2) The BBC has submitted the proposed Subpoena concurrently herewith. *See* Caplan Decl. ¶ 5, Ex. 2.

(3) The BBC has submitted a sworn declaration confirming that the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting the BBC's rights under Title 17 U.S.C. § 512(h)(2). *See* Caplan Decl. ¶ 4.

Because the BBC has complied with the statutory requirements, the BBC respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on the subpoena recipient.

DATED: June 29, 2018

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
DAVID K. CAPLAN

Attorneys for Petitioner
The British Broadcasting Corporation

