# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BRITISH BROADCASTING CORPORATION<br><br>PLAINTIFF(S)<br><br>v.<br><br>TAPATALK, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18–mc–00086–UA<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

  6/29/2018          2          Request for Issuance of a Subpoena Pursuant to 17 U.S.C. §512(h)

Date Filed         Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect event used for Subpoena Request (AO 88). The correct event is located under Civil Events Service Documents Service/Waivers of Summons and Complaints. Event is Subpoena Request (AO 88). No further action is required unless the Court so directs. Subpoena has been issued.

Clerk, U.S. District Court

Dated: July 2, 2018        By: /s/ *Carmen Reyes  carmen_reyes@cacd.uscourts.gov*
                                    Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –